DANIEL A. BACON 065099
ANGELICA I. AMBROSE 299543
ATTORNEYS AT LAW
5200 NORTH PALM AVENUE, SUITE 408
FRESNO, CALIFORNIA  93704-2227
TELEPHONE:  (559) 241-7000

ATTORNEYS FOR DFEFENDANT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                    )<br>                           Plaintiff,  )<br>                                                    )<br>               vs.                          )<br>                                                    )<br>JEREMY  MICHAEL MURPHY,  )<br>                                                    )<br>                          Defendant,  )<br>_____ ) | Case No. 1:14-cr-00228 LJO<br><br>DEFENDANT'S WAIVER OF PERSONAL PRESENCE AT SENTENCING PURSUANT TO FRCP RULE 43 AND NOTICE OF INTENT TO BE PRESENT BY WAY OF VIDEO CONFERENCE; STIPULATION FOR WAIVER OF PERSONAL PRESENCE; AND ORDER **OF DENIAL**<br><br>DATE:          March 7, 2016<br>TIME:          101:00 a.m.<br>DEPT:          Hon. Lawrence J. O'Neill |

**WAIVER**

Defendant Murphy hereby knowingly, voluntarily, and intelligently waives his right to be physically present at his sentencing.

He instead intends to be present by way of live video conferencing and therefore only specifically waives his right to physical presence and does not waive his right to allocution at the proceedings. He waives the right to appeal any issues that may arise as a result of this waiver of his right to physical presence.

**STIPULATION**

Pursuant to provisions of Federal Rule of Criminal Procedure 43 and related case law, defendant Jeremy Michael Murphy, and his counsel, Daniel A. Bacon, and the United States

of America, through Assistant U.:S. Attorney Grant Rabenn, hereby stipulate that defendant Murphy be allowed to waive his right to physical presence at his sentencing, scheduled for March 7, 2016 at 10:00 a.m., in the above entitled Court.

The legal basis for the stipulation and waiver is set forth in the memorandum of points and authorities served and filed herewith. The factual basis for this stipulation and waiver is set forth in the declaration of Jeremy Michael Murphy served and filed herewith.

DATED:  January 12, 2016        /s/ Jeremy Michael Murphy
                                JEREMY MICHAEL MURPHY
                                Defendant


DATED:  January 12, 2016        BENJAMIN B. WAGNER
                                 United States Attorney

                                /s/ Grant Rabenn
                                Attorney for Plaintiff


DATED:  January 12, 2016        /s/ Daniel A. Bacon
                                Attorney for Defendant

**ORDER**

If there is a probability that the Defendant will be sentenced to prison, AND there is no Stipulation that he will not be taken into immediate custody upon sentencing with good reasons Stated, the request is DENIED.
          IT IS SO ORDERED.

Dated:   **January 16, 2016**

/s/ Lawrence J. O'Neill

UNITED STATES DISTRICT JUDGE

DEFENDANT'S WAIVER OF PERSONAL PRESENCE AT SENTENCING PURSUANT TO FRCP RULE 43 ANDNOTICE OFINTENT TO BEPESENTBYWAYOFVIDEOCONFERENCE;STIPULATIONFOR WAIVER OFPHYSICAL PRESENCE; AND [PROPOSED] ORDER