DANIEL A. BACON 065099
ANGELICA I. AMBROSE 299543
Attorneys at Law
5200 North Palm Avenue, Suite 408
Fresno, California  93704-2227
Telephone:  (559) 241-7000

Attorneys for DEFENDANT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:14-cr-00228 LJO |
|---|---|---|
| Plaintiff, | ) | DEFENDANT'S WAIVER OF PERSONAL PRESENCE AT SENTENCING PURSUANT TO FRCP RULE 43 AND NOTICE OF INTENT TO BE PRESENT BY WAY OF VIDEO CONFERENCE; **AMENDED** STIPULATION FOR WAIVER OF PERSONAL PRESENCE; AND ORDER |
| vs. | ) | |
| JEREMY  MICHAEL MURPHY, | ) | |
| Defendant, | ) | |

DATE: March 7, 2016
TIME: 10:00 a.m.
DEPT: Hon. Lawrence J. O'Neill

**WAIVER**

Defendant Murphy hereby knowingly, voluntarily, and intelligently waives his right to be physically present at his sentencing.

He instead intends to be present by way of live video conferencing and therefore only specifically waives his right to physical presence and does not waive his right to allocution at all the proceedings. He waives the right to appeal any issues that may arise as a result of this waiver of his right to physical presence.

**AMENDED STIPULATION**

Pursuant to provisions of Federal Rule of Criminal Procedure 43 and related case law, defendant Jeremy Michael Murphy, and his counsel, Daniel A. Bacon, and the United States

1

of America, through Assistant U.:S. Attorney Grant Rabenn, hereby stipulate that defendant Murphy be allowed to waive his right to physical presence at his sentencing, scheduled for March 7, 2016 at 10:00 a.m., in the above entitled Court.

The parties further stipulate that the Government will not request that defendant Murphy be remanded into custody at the time he is sentenced, but will be allowed to self-report to an institution designated by the Federal Bureau of Prisons.

The legal basis for the stipulation and waiver is set forth in the memorandum of points and authorities served and filed herewith. The factual basis for this stipulation and waiver is set forth in the declaration of Jeremy Michael Murphy served and filed herewith.

DATED: January 19, 2016        /s/ Jeremy Michael Murphy
                               JEREMY MICHAEL MURPHY
                               Defendant

DATED: January 19, 2016        BENJAMIN B. WAGNER
                               United States Attorney

                               /s/ Grant Rabenn
                               Attorney for Plaintiff

DATED: January 19, 2016        /s/ Daniel A. Bacon
                               Attorney for Defendant

## ORDER

Based upon the stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that defendant Jeremy Michael Murphy may appear at his Sentencing, scheduled for March 7, 2016, via live video conferencing.

IT IS APPROVED AND SO ORDERED.

IT IS SO ORDERED.

Dated:   **January 19, 2016**

**/s/ Lawrence J. O'Neill**

UNITED STATES DISTRICT JUDGE