## United States District Court
## for
## Eastern District of California
## Report on Offender Under Supervision

Name of Offender: **Jeremy Michael Murphy**          Case Number: **1:14CR00228-008**

Name of Sentencing Judicial Officer:          **The Honorable Lawrence J. O'Neill**
                                              **United States District Judge**

Date of Original Sentence:          **March 7, 2016**

Original Offense:          **Structuring Conspiracy in violation of 18 U.S.C. § 371**

Original Sentence:          **15 months imprisonment, followed by 24 months of supervised release**

Type of Supervision: **Supervised Release**          Date Supervision Commenced: **June 7, 2017**

===

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 | Standard Condition: You shall not commit another federal, state, or local crime. |

On March 23, 2018, Murphy was cited for Possession of Marijuana and Driving Under Suspension. He is scheduled to appear for a hearing in the Butler County Court on August 14, 2018.

**U.S. Probation Officer Action:** Upon his release from imprisonment, Mr. Murphy's supervision was transferred to the U.S. Probation Office in Cincinnati, Ohio, as he was born in Ohio. Since being on supervision, he had been doing well until his citation in this case.

**Since the charge is pending, it is respectfully recommended that the Court not take any action until the charge is resolved. The Court will be notified once the charge is resolved.**

Respectfully submitted,                    Approved,

by                                              by

U. S. Probation Officer                    Supervising U. S. Probation Officer
Robert Cooper                              Darla Huffman
Date: June 27, 2018                        Date: June 27, 2018

☑ I concur with the recommendation of the Probation Officer

☐ Submit a Request for Modifying the Condition or Term of Supervision

☐ Submit a Request for Warrant or Summons

Signature of Judicial Officer

6/28/18

Date